**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RYAN C. MADEYA,

                Plaintiff,                20 **CIVIL** 00289 (GWG)

      -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 10, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings; upon remand, the Commissioner shall offer Plaintiff the opportunity for a new hearing and issue a de novo decision.

**Dated:**  New York, New York
            September 10, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                                      BY:
                                                            _____
                                                              **Deputy Clerk**